# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL DODSON,
Appellant,
vs.
THE STATE OF NEVADA; AND JERRY HOWELL, WARDEN,
Respondents.

No. 77210

FILED

DEC 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order resolving a postconviction petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court granted appellant the relief he requested. Thus, appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_Pickering_ , J.
Pickering

_Gibbons_ J.
Gibbons

_Hardesty_ , J.
Hardesty

cc: Hon. Linda Marie Bell, Chief Judge
Samuel Dodson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18 - 909805